**Robert E. RUBIN; Patricia Cohen, Plaintiffs–Appellants,**

v.

**SCHOTTENSTEIN, ZOX & DUNN; Richard A. Barnhart; Danny L. Todd; Gregory A. Todd, Defendants–Appellees.**

No. 96–3017.

United States Court of Appeals, Sixth Circuit.

Decided July 7, 1997.

BEFORE: MARTIN, Chief Judge; MERRITT, KENNEDY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.

It is further ORDERED that the appellant file a supplemental brief not later than Friday, August 22, 1997, and the appellee file a supplemental brief not later than Monday, September 22, 1997. The Clerk will schedule this case for argument as directed by the court.